| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-11419-AMC

| | |
|---|---|
| Jessica B Tucciarone | Petition Filed Date: 05/16/2023 |
| 117 Brinkley Drive | 341 Hearing Date: 06/30/2023 |
| Sellersville  PA    18960 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/23/2023 | $300.00 | | 07/24/2023 | $300.00 | | | | |

**Total Receipts for the Period:  $600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ACAR LEASING LTD  DBA<br>»»  001 | Unsecured Creditors | $3,174.01 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  02P | Priority Crediors | $2,244.30 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  002 | Unsecured Creditors | $22.31 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»»  003 | Unsecured Creditors | $3,402.09 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $5,451.21 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $2,290.22 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC<br>»»  006 | Unsecured Creditors | $13,642.63 | $0.00 | $0.00 |
| 8 | NAVY FEDERAL CREDIT UNION<br>»»  007 | Secured Creditors | $60,726.33 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  008 | Unsecured Creditors | $4,808.95 | $0.00 | $0.00 |
| 10 | NATIONSTAR MORTGAGE LLC<br>»»  009 | Mortgage Arrears | $388.55 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11419-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $600.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $54.00 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $546.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.