UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jessica B Tucciarone<br><br>               Debtor | Chapter 13<br>Bankruptcy No.23-11419-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 30th day of August, 2023, by first class mail upon those listed below:


Jessica B Tucciarone
117 Brinkley Drive
Sellersville, PA  18960

**Electronically via CM/ECF System Only:**

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1500 JFK BOULEVARD
SUITE 220
PHILADELPHIA, PA  19102


                                            */s/ Kristen Gliem*
                                            Kristen Gliem
                                            for
                                            Scott F. Waterman, Esquire
                                            Standing Chapter 13 Trustee