IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: JESSICA B. TUCCIARONE | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| ACAR LEASING LTD | ) | CASE NO. 23-11419 (AMC) |
| d/b/a GM FINANCIAL LEASING | ) | |
| **Moving Party** | ) | |
| | ) | HEARING DATE: **9-13-23 at 11:00 AM** |
| v. | ) | |
| | ) | |
| JESSICA B. TUCCIARONE | ) | 11 U.S.C. 362 |
| **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
| **Trustee** | ) | |
| | ) | |
| | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between ACAR Leasing and the Debtor in settlement of the Motion For Stay Relief, and filed on or about October 9, 2023 in the above matter is APPROVED.

Dated:   October 16, 2023

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE