United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11419-amc

Jessica B Tucciarone  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Oct 16, 2023 | Form ID: pdf900 | Total Noticed: 5

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jessica B Tucciarone, 117 Brinkley Drive, Sellersville, PA 18960-2964 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 17 2023 06:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2023 06:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 17 2023 06:40:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2023 06:40:00 | Mortgage Research Center, LLC d/b/a Veterans Unite, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Jessica B Tucciarone brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Navy Federal Credit Union ldoyle@squirelaw.com cistewart@logs.com;LOGSECF@logs.com |
| MARK A. CRONIN | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corpora bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corpora wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Navy Federal Credit Union mclark@squirelaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: JESSICA B. TUCCIARONE<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING<br>**Moving Party** | )<br>) CASE NO. 23-11419 (AMC)<br>)<br>)<br>) HEARING DATE: **9-13-23 at 11:00 AM** |
| v. | ) |
| JESSICA B. TUCCIARONE<br>**Respondent(s)** | )<br>) 11 U.S.C. 362<br>) |
| SCOTT F. WATERMAN<br>**Trustee** | )<br>)<br>)<br>) |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between ACAR Leasing and the Debtor in settlement of the Motion For Stay Relief, and filed on or about October 9, 2023 in the above matter is APPROVED.

Dated: October 16, 2023

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE