**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    JESSICA B. TUCCIARONE | : | Case No. 23-11419-amc |
|                   Debtor. | : | |

## CERTIFICATE OF SERVICE

     I, Brad J. Sadek, Esq., hereby certify that on the date indicated below, a true and correct copy of the Court Order dated November 28, 2023, and the Debtors' Expedited Motion to Sell Property Free and Clear of Liens, was served electronically upon the Debtors, the standing chapter 13 trustee, all parties in interest, and the Debtors' priority, secured, and unsecured creditors.

Dated: November 28, 2023                             */s/ Brad J. Sadek*
                                                                                    Brad J. Sadek, Esquire
                                                                                    Sadek Law Offices
                                                                                    2 Penn Center
                                                                                    1500 JFK Boulevard, Suite 220
                                                                                    Philadelphia, Pennsylvania 19102
                                                                                    (215) 545-0008
                                                                                    brad@sadeklaw.com