United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11419-amc |
| Jessica B Tucciarone | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 11, 2023 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jessica B Tucciarone, 117 Brinkley Drive, Sellersville, PA 18960-2964 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 12 2023 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 12 2023 00:25:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2023 00:25:00 | Mortgage Research Center, LLC d/b/a Veterans Unite, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2023                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Jessica B Tucciarone brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Navy Federal Credit Union ldoyle@squirelaw.com cistewart@logs.com;LOGSECF@logs.com |
| MARK A. CRONIN | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corpora bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corpora wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Navy Federal Credit Union mclark@squirelaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Jessica B Tucciarone | : | Chapter 13 |
| | : | Case No.: 23-11419-AMC |
|           Debtor. | : | |

**ORDER GRANTING DEBTOR'S MOTION**
**FOR AUTHORITY TO SELL REAL PROPERTY**

      **AND NOW,** upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

      **ORDERED,** that the debtor is granted permission to sell their real property located at 117 Brinkley Drive, Sellersville, PA 18960 ("Property"), for the sale price of $680,000.00 pursuant to the terms of a certain real estate agreement of sale dated as of November 11, 2023, to the buyers thereunder, Peter Psomiadis and Tessa Cordell ("Buyers").

      The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the approximate following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $ 9,013.00 |
| 2. | Liens paid at closing- | $ 500,000.00 |
| 3. | Real estate taxes, sewer, trash and/or other such items | $ |
| 4. | Property repairs, if any | $ |
| 5. | Real estate commission, at no greater than 6% | $ 27,200.00 |
| 6. | Attorney's fees, if any | $ 3,765.00 |
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $ |
| 8. | Other - Seller Assist | $ |
| 9. | Scott F. Waterman – Chapter 13 Trustee | $ 37,296.58 |
| | ESTIMATED AMT DUE TO SELLER(S) | $ 102,725.42 |

   This Order is contingent upon the mortgage lien(s) held by Navy Federal Credit Union and Nationstar Mortgage, LLC, or its assigns being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff shall be approved by Navy Federal Credit Union and Nationstar Mortgage, LLC; and Debtor shall have ninety (90) days from entry of this Order to sell the Property.

   **Scott F. Waterman - Trustee Distribution Explanation:** The $37,296.58 payment to the trustee is the balance due to pay off the Debtor's plan and pay 100% of Debtor's timely filed unsecured creditors. Any excess funds held by the Trustee after final distribution to creditors shall be returned to the Debtor. In the event that the case is dismissed, either voluntarily or by the Trustee, then all funds not distributed by the Trustee shall be returned to the Debtor. This final payoff amount is subject to review and audit and Debtor agrees to adjust the figure to be paid to the Trustee should that be necessary.

   Navy Federal Credit Union (Proof of Claim #7-1) and Nationstar Mortgage, LLC (Proof of Claim #9-2) shall file amended proofs of claims upon receiving sale proceeds in satisfaction of their secured claims and interests.

   The Debtor's counsel shall email a completed HUD-1 or settlement sheet from the closing directly to the trustee within seven (7) days of the close of the settlement to https://readingch13.com.

   Per Bankruptcy Rule 6004(h), the 14-day stay as to effect of this Order is hereby waived.

Dated: December 11, 2023

HONORABLE ASHELY M CHAN
U.S. BANKRUPTCY JUDGE