United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 23-11419-amc
Jessica B Tucciarone     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: May 16, 2024    Form ID: 155    Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jessica B Tucciarone, 117 Brinkley Drive, Sellersville, PA 18960-2964 |
| 14789018 | #+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3125 |
| 14805748 | + | Mortgage Research Center LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14785053 | + | Mortgage Research Center LLC, C/O Matthew K. Fissel, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14801621 | + | Mortgage Research Center, LLC, Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14808219 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2024 00:12:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14784530 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2024 00:12:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14782220 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2024 00:12:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14782221 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2024 00:13:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14793349 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2024 00:13:26 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14782223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 00:13:29 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14782224 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2024 00:12:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14782225 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 17 2024 00:12:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14782226 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2024 00:12:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14801547 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 17 2024 00:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14782227 | + | Email/Text: PBNCNotifications@peritusservices.com | May 17 2024 00:11:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14798963 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:24:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14782228 | | Email/Text: EBN@Mohela.com | May 17 2024 00:12:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, |

Case 23-11419-amc   Doc 58   Filed 05/18/24   Entered 05/19/24 00:34:37   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 155 | Total Noticed: 29 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Chesterfield, MO 63005 |
| 14784153 | + | Email/Text: EBN@brockandscott.com | May 17 2024 00:11:00 | Mortgage Research Center ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14785053 | ^ | MEBN | May 17 2024 00:06:06 | Mortgage Research Center LLC, C/O Matthew K. Fissel, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14805719 | ^ | MEBN | May 17 2024 00:06:03 | Mortgage Research Center, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14784154 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 00:12:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14782229 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 00:12:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14829772 | | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 00:12:00 | Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 14782230 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 17 2024 00:21:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14788206 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 17 2024 00:21:00 | Navy Federal Credit Union, c/o Michael Clark, Esquire, One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14800462 | ^ | MEBN | May 17 2024 00:06:04 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 14799246 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2024 00:12:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14782231 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 17 2024 00:24:08 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14782232 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 17 2024 00:24:19 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14782222 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2024          Signature:     /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 155 | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Jessica B Tucciarone brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corpora bkgroup@kmllawgroup.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Navy Federal Credit Union ldoyle@squirelaw.com cistewart@logs.com;LOGSECF@logs.com |
| MATTHEW K. FISSEL | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corpora wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Navy Federal Credit Union mclark@squirelaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 8

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Jessica B Tucciarone<br><br>   Debtor(s). | Case No. 23−11419−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 15, 2024

For The Court

Ashely M. Chan
Judge, United States Bankruptcy Court