**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Jessica B. Tucciarone | : | Chapter 13 |
| | : | Case No.: 23-11419-amc |
| Debtor(s) | : | |

## PRAECIPE TO CHANGE DEBTOR(S) ADDRESS

TO THE CLERK:

Kindly mark the above captioned Debtor's new address as follows:

1334 Mink Road, Perkasie, PA 18944

Dated: June 6, 2024                                         */s/ Brad J. Sadek*
                                                                    Brad J. Sadek, Esquire
                                                                    Counsel for Debtor(s)