Certificate Number: 03088-PAE-DE-038701585

Bankruptcy Case Number: 23-11419



03088-PAE-DE-038701585

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 25, 2024, at 9:29 o'clock AM CDT, Jessica B Tucciarone completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    July 25, 2024                      By:      /s/Doug Tonne

Name:    Doug Tonne

Title:    Counselor