| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-11419-AMC

Jessica B Tucciarone
1334 Mink Road
Perkasie  PA    18944

Petition Filed Date: 05/16/2023
341 Hearing Date: 06/30/2023
Confirmation Date: 05/15/2024

### Case Status: Completed on 6/24/2024

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | $300.00 | | 09/22/2023 | $300.00 | | 10/23/2023 | $300.00 | |
| 11/22/2023 | $300.00 | | 12/22/2023 | $300.00 | | 01/02/2024 | $37,296.58 | 13923  r/e sale |

**Total Receipts for the Period:  $38,796.58    Amount Refunded to Debtor Since Filing: $2,709.74  Total Receipts Since Filing: $39,396.58**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | **CLAIMS AND DISTRIBUTIONS** | | | |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ACAR LEASING LTD  DBA<br>»» 001 | Unsecured Creditors | $1,168.44 | $1,168.44 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $2,244.30 | $2,244.30 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 002 | Unsecured Creditors | $22.31 | $22.31 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $3,402.09 | $3,402.09 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $5,451.21 | $5,451.21 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,290.22 | $2,290.22 | $0.00 |
| 7 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $13,642.63 | $13,642.63 | $0.00 |
| 8 | NAVY FEDERAL CREDIT UNION<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $4,808.95 | $4,808.95 | $0.00 |
| 10 | NATIONSTAR MORTGAGE LLC<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CITICARD/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE/KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | US DEPT OF EDUCATION/MOHELA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Jessica B Tucciarone | Debtor Refunds | $2,709.74 | $2,709.74 | $0.00 |

**Chapter 13 Case No. 23-11419-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,396.58 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $35,739.89 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,656.69 | Total Plan Base: | $39,396.58 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.